584

446 A.2d 675

Torcaso, Appellant v. Kay, et ux.

Argued October 14, 1981. Rodney Permigiani, for appellant; Michael Burns, submitted a brief on behalf of appellees.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.

446 A.2d 675

Volvo of Amercia Corp. v. Reilly, Appellant.

Argued January 12, 1981. Harry Stump, for appellant; Samuel A. Moore, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The judgment of the court is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.